UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                    :
UNITED STATES OF AMERICA
                                                    :      **PRELIMINARY ORDER OF**
        - v. -                                      :      **FORFEITURE AS TO**
                                                    :      **SUBSTITUTE ASSETS**
GABRIEL WARREN
        a/k/a "Stackz",                             :      S2 16 Cr. 361 (CS)

                            Defendant.              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

WHEREAS, on or about September 14, 2016, GABRIEL WARREN, a/k/a "Stackz," (the "Defendant"), was charged, among others, in five counts of a nine-count Superseding Indictment, S2 16 Cr. 361 (CS) (the "Indictment"), with participating in a racketeering conspiracy, in violation of Title 18, United States Code, Section 1962(d) (Count One); attempted murder in aid of a racketeering conspiracy, in violation of Title 18, United States Code, Section 1959(a)(5) (Count Two); conspiring to distribute, and to possess with the intent to distribute, 280 grams and more of mixtures and substances containing a detectable amount of crack cocaine (Count Five); use of a minor in drug operations, in violation of Title 21, United States Code, Section 861(a)(l) (Count Six); and a firearms offense, in violation of Title 18, United States Code, Sections 924(c)(l)(A)(iii) and 2 (Count Eight);

WHEREAS, the Indictment included a forfeiture allegation as to Coutns One and Five, seeking forfeiture to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461, of any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offenses, directly or indirectly, and all property traceable to such property, including but not limited to certain specific assets;

WHEREAS, on or about July 14, 2017, the Defendant pled guilty to Counts One, Two and Five of the Indictment, pursuant to a plea agreement with the Government wherein the Defendant admitted the forfeiture allegation with respect to Counts One and Five of the Indictment and agreed to forfeit, pursuant to Title 21, United States Code, Section 853, a sum of money representing the amount of proceeds traceable to the commission of the offenses charged in Counts One and Five of the Indictment;

WHEREAS, on or about January 25, 2018, the Court entered a Consent Preliminary Order of Forfeiture/Money Judgment, imposing a money judgment against the Defendant in the amount of $60,000.00 (the "Money Judgment"), representing the amount of proceeds traceable to the offenses charged in Counts One and Five of the Indictment that the Defendant personally obtained (D.E. 227);

WHEREAS, to date, the entire Money Judgment against the Defendant remains unpaid;

WHEREAS, as a result of acts and omissions of the Defendant, the Government, despite its exercise of due diligence, has been unable to locate or obtain the remaining proceeds of the offenses charged in Counts One and Five of the Indictment; and

WHEREAS, the Government has identified the following specific asset of the Defendant:

> a. $1,400.00 in United States currency seized on or about June 1, 2016, from a pair of the Defendant's shorts located on the floor of an apartment located on William Street, Newburgh, New York (the "Substitute Asset");

NOW IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:

1.      All of the Defendant's right, title and interest in the Substitute Asset is hereby forfeited to the United States of America, for disposition in accordance with the law, subject to the provisions of Title 21, United States Code, Section 853(n).

2.      Upon entry of this Preliminary Order of Forfeiture as to Substitute Assets, the United States Marshals Service (or its designee) is hereby authorized to take possession of the Substitute Asset and to keep it in its secure custody and control.

3.      Upon entry of a Final Order of Forfeiture, the Substitute Asset shall be applied towards the satisfaction of the Money Judgment entered against the defendant.

4.      Pursuant to Title 21, United States Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States shall publish for at least thirty (30) consecutive days on the official government internet forfeiture site, www.forfeiture.gov, notice of this Preliminary Order of Forfeiture as to Substitute Assets and provide notice that any person, other than the Defendant in this case, claiming an interest in the Substitute Asset must file a petition within sixty (60) days from the first day of publication of the notice on this official government internet site, or no later than thirty-five (35) days from the mailing of actual notice, whichever is earlier.

5.      The notice referenced in the preceding paragraph shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the Substitute Asset, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the Substitute Asset and any additional facts

supporting the petitioner's claim and the relief sought, pursuant to Title 21, United States Code, Section 853(n).

6.      The United States may also, to the extent practicable, provide direct written notice to any person, other than the defendant, known to have an alleged interest in the Substitute Asset, as a substitute for published notice as to those persons so notified.

7.      Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture with respect to the Substitute Asset, pursuant to Title 21, United States Code, Section 853(n), in which all interests will be addressed.

8.      The Court shall retain jurisdiction to enforce this Preliminary Order of Forfeiture as to Substitute Asset, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

Dated: ~~New York, New York~~ White Plains, New York
       11/14  , 2025


                                        SO ORDERED:

                                        _Cathy Seibel_

                                        _____
                                        HONORABLE CATHY SEIBEL
                                        UNITED STATES DISTRICT JUDGE